UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INCHCAPE SHIPPING SERVICES (HONG KONG)
LIMITED,

                        Plaintiff,        08 CV

-v-

                                          **STATEMENT PURSUANT**
                                          **TO F.R.C.P 7.1**

BELARUSIAN SHIPPING COMPANY and MALTO
LIMITED

                        Defendants.

------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, INCHCAPE SHIPPING SERVICES (HONG KONG) LIMITED, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
        August 6, 2008

                                          CHALOS & CO, P.C.
                                          Attorneys for Plaintiff
                                          INCHCAPE SHIPPING SERVICES
                                          (HONG KONG) LIMITED

                By: _____
                      George M. Chalos (GC-8693)
                      123 South Street
                      Oyster Bay, New York 11771
                      Tel: (516) 714-4300
                      Fax: (866) 702-4577
                      Email: gmc@chaloslaw.com