CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INCHCAPE SHIPPING SERVICES (HONG : 
KONG) LIMITED, :
 :
                Plaintiff, :   08-CV-7013
 :
      v. :   **NOTICE OF**
 :   **APPEARANCE**
BELARUSIAN SHIPPING COMPANY and :
MALTO LIMITED :
 :
                Defendants. :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       September 2, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

By:   _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, NJ 07047
            Tel: (201) 537-1200
            Fax: (201) 537-1201
            Email: reisert@navlaw.com