CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

INCHCAPE SHIPPING SERVICES (HONG    :
KONG) LIMITED,
    :
    :
               Plaintiff,    :    **08-CV-7013**
    :
         v.    :
    :
BELARUSIAN SHIPPING COMPANY and    :
MALTO LIMITED    :
    :
          Defendants.    :

-------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated August 11, 2008, and served upon Garnishee Societe Generale New York Branch on August 12, 2008, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant(s) and did not otherwise have in its possession any property,

tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the

defendant(s), including monies being electronically transferred by, to or for the benefit of

the defendant(s).

Dated: North Bergen, New Jersey
       September 2, 2008

                                       CLARK, ATCHESON & REISERT
                                       Attorneys for Garnishee
                                       Societe Generale New York Branch

By:                                                                                                                      
                                       Richard J. Reisert (RR-9118)
                                       7800 River Road
                                       North Bergen, NJ  07047
                                       Tel: (201) 537-1200
                                       Fax: (201) 537-1201
                                       Email:  reisert@navlaw.com

TO:    CLERK OF THE COURT

       CHALOS & CO. (Via Email)
       Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

      Patricia G. Corley, being duly sworn, deposes and says as follows:

      I am a Director and Counsel in the Legal Department of Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 08-CV-7013 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

                                    Patricia G. Corley

Sworn to before me on
September 2, 2008.

Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138688
Qualified in New York County
Commission Expires December 27, 2009